IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
PLAINTIFF,

vs.                                      Cr. No. 2:03CR20015-001

VICTOR FIDEL GARNICA-MELENDEZ,
DEFENDANT.

### ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE

Now on this 17th day of May, 2006, comes on to be considered the Government's Petition for Remission of Special Assessment and Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On September 3, 2003, Defendant was sentenced to twenty-four months incarceration, a $100.00 special assessment and a $1,500.00 fine.

2. The Government moves to remit Defendant's special assessment and fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -

The Government states that the Defendant was deported on December 23, 2004, and that there is no reasonable likelihood that the special assessment and fine can be collected.

4. Upon due consideration, the Government's Petition for Remission of Special Assessment and Fine is hereby granted and Defendant's special assessment and fine are remitted.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 17 2006
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE